# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 14 00267 |
| v. | |
| SANTOS CARLOS GARCIA-RODRIGUEZ | **WARRANT FOR ARREST** |
| Defendant(s) | **UNDER SEAL** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **SANTOS CARLOS GARCIA-RODRIGUEZ**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ■ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

in violation of Title **21::** United States Code, Section(s) **846:**

| Terry Nafisi | May 9, 2014          LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY:   PATRICK J. WALSH |
| | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
| Plaintiff(s) | |
| v. | CR **CR 14 00267** 5 |
| SANTOS CARLOS GARCIA-RODRIGUEZ | |
| | **WARRANT FOR ARREST** |
| Defendant(s) | **UNDER SEAL** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE OF BIRTH: **1957**

SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS:

| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT

FBI NUMBER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME: **DEA**

INVESTIGATIVE AGENCY ADDRESS:

NOTES:

## WARRANT FOR ARREST

CR – 12 (07/04)   PAGE TWO