Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED

## CASE SUMMARY

Case Number **CR 14 00267**             Defendant Number  5             2014 MAY -9 PM 4:39

U.S.A. v.  SANTOS CARLOS GARCIA-RODRIGUEZ             Year of Birth  1957

[✓] Indictment            [ ] Information            Investigative agency (FBI, DEA, etc.)  DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense
[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense  Ongoing

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles            [ ] Ventura
[ ] Orange                 [ ] Santa Barbara
[ ] Riverside              [ ] San Luis Obispo
[✓] San Bernardino         [ ] Other

Citation of Offense  21 USC 846

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No    [ ] Yes

IF YES   Case Number   N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A
Case Number   N/A
Charging   N/A

The complaint:    [ ] is still pending
                  [ ] was dismissed on:  N/A

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name:  N/A
Phone Number:  N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*            [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*            [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number   N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*            [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*            [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required? ☑ YES ☐ NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

☑ Male ☐ Female

☐ U.S. Citizen ☑ Alien

Alias Name(s) ______

This defendant is charged in: ☐ All counts

☑ Only counts: One

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? ☐ Yes ☑ No

IF YES, should matter be sealed? ☐ Yes ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☑ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☐ Other ______

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: N/A

in the amount of $ N/A

c. PSA supervision? ☐ Yes ☑ No

d. Is on bail or release from another district:

N/A

Defendant is **in** custody:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:

N/A

d. ☐ Solely on this charge. Date and time of arrest:

N/A

e. On another conviction: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: : ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal AND

Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20 ____21 ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ______

Date 5/2/2014

Signature of Assistant U.S. Attorney

Christopher K. Pelham

Print Name