## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br>Santos Carlos Garcia-Rodriguez<br><br>PLAINTIFF<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR14-00267— MWF-5<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: 06/03/2014          4:00          ☐ AM / ☑ PM

2.  Defendant is in lock-up (in this court building)  Yes ☑          No ☐

3.  Charges under which defendant has been booked:
    21USC 846

4.  Offense charged is a: ☑ Felony      ☐ Minor Offense      ☐ Petty Offense      ☐ Other Misdemeanor

5.  U.S. Citizen: ☐ Yes      ☐ No      ☑ Unknown

6.  Interpreter Required: ☐ No      ☑ Yes: spanish _____ (Language)

7.  Year of Birth: _____ 1957 _____

8.  The defendant is:  ☑ Presently in custody on this charge.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): N/A

10. Date detainer placed on defendant: _____

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A     )

12. Does the defendant have retained counsel ?      ☑ No

    ☐ Yes     Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?      ☐ No

    ☑ If yes, please list Officer's Name: DUTY OFCR _____ Time: 1100 _____ AM / PM

14. Remarks (if any): _____

15. Date: 06/04/2014 _____     16. Name: Laura Vega _____ (Please Print)

17. Agency: USMS _____     18. Signature: _____

19. Office Phone Number: 213 894-1376 _____