# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00267  Recorder: Kathy Stride  Date: 06/04/2014

Present: The Honorable Ralph Zarefsky, U.S. Magistrate Judge

Court Clerk: Mel Zavala                              Assistant U.S. Attorney: Robyn Bacon

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 5.) SANTOS CARLOS GARCIA-RODRIGUEZ   CUSTODY-PRESENT | 5.) MICHAEL S. MEZA   PANEL | SPANISH | F. JAVIER VILLALOBOS |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
  Jury Trial 7/29/2014 at 8:30 AM
  Status Conference 6/23/2014 at 3:00 PM
  Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MZ by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, USMLA