# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AD#: 9531409

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 14 00267 - MWF |
| v. | |
| SANTOS CARLOS GARCIA-RODRIGUEZ | WARRANT FOR ARREST |
| 67814-112 Defendant(s) | UNDER SEAL |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **SANTOS CARLOS GARCIA-RODRIGUEZ**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint   ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

in violation of Title **21::** United States Code, Section(s) **846:**

| Terry Nafisi | May 9, 2014     LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: PATRICK J. WALSH |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: USMS
ON: 6/3/14
SIGNED: _____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR.- 12-07/04  PAGE 1 OF 2