```
 1 │ STEPHANIE YONEKURA
   │ Acting United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ CHRISTOPHER K. PELHAM
 4 │   (Cal. Bar No. 241068)
   │ Assistant United States Attorney
 5 │ Major Frauds Section
   │      1100 United States Courthouse
 6 │      312 North Spring Street
   │      Los Angeles, California 90012
 7 │      Telephone:  (213) 894-0610
   │      Facsimile:  (213) 894-0142
 8 │      E-mail:     christopher.pelham@usdoj.gov
 9 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
1/9/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

*Note Changes by Court*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-267-MWF |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> |
| v. | |
| MARCELINO ARREDONDO, et al., | CURRENT TRIAL DATE:  2/24/15<br>CURRENT S/C DATE:    2/9/15 |
| Defendants. | [PROPOSED] TRIAL DATE: 6/23/15<br>[PROPOSED] S/C DATE:   6/1/15 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 9, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1  The Court further finds that: (i) the ends of justice served by
2  the continuance outweigh the best interest of the public and
3  defendant in a speedy trial; (ii) failure to grant the continuance
4  would be likely to make a continuation of the proceeding impossible,
5  or result in a miscarriage of justice; (iii) failure to grant the
6  continuance would unreasonably deny defendant continuity of counsel
7  and would deny defense counsel the reasonable time necessary for
8  effective preparation, taking into account the exercise of due
9  diligence; and (iv) the case is so unusual or so complex, due to the
10 number of defendants and the nature of the prosecution, that it is
11 unreasonable to expect adequate preparation for pretrial proceedings
12 or for the trial itself within the time limits established by the
13 Speedy Trial Act.

14
15 THEREFORE, FOR GOOD CAUSE SHOWN:
16     1.  The trial in this matter is continued until June 23, 2015
17 at ~~9:00~~ 8:30 a.m.  The status conference hearing is continued to June 1,
18 2015 at 3:00 p.m.  All motions, excluding motions in limine, and
19 oppositions thereto, must be filed in sufficient time to be heard at
20 the June 1, 2015 status conference.
21     2.  The time period of February 24, 2015 to June 23, 2015,
22 inclusive, is excluded in computing the time within which the trial
23 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
24 and (B)(iv).
25     3.  Defendants who are out of custody shall appear in
26 Courtroom 1600 of the Federal Courthouse, 312 North Spring Street,
27 Los Angeles, California on the above dates and times without further
28 order or notice.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 9, 2015
DATE                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/
CHRISTOPHER K. PELHAM
Assistant United States Attorney