# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES -- GENERAL

Case No.   **CR 14-267-MWF**                                              Dated: January 13, 2015

===============================================================

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams | Christopher Pelham |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Elsa Martin
Spanish Interpreter

===============================================================

U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

5)   Santos Carlos Garcia-Rodriguez          5)   Michael Meza
     Present - In custody                              Present - Appointed

_____

**PROCEEDINGS:**       **STATUS CONFERENCE RE REPRESENTATION**

Case called and counsel make their appearances.  The Status Conference is held.

The Court excuses government counsel and seals a portion of the hearing.  The Court hears from the defendant and defense counsel regarding representation.

The Court unseals the courtroom and invites government counsel back into the courtroom.  Trial remains set for June 23, 2015 at 8:30 a.m.

IT IS SO ORDERED.