FILED

UNITED STATES COURT OF APPEALS

MAY 20 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff - Appellee,<br><br>   v.<br><br>SANTOS CARLOS GARCIA-RODRIGUEZ,<br><br>         Defendant - Appellant. | No. 15-50212<br><br>D.C. No. 2:14-cr-00267-MWF<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Michael S. Meza, Esq., to withdraw as counsel of record and to appoint new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by July 1, 2015. The transcript is due August 31, 2015. Appellant's opening brief and excerpts of record are due October 13, 2015; appellee's answering brief is due November 13, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

Former counsel is advised that a motion to withdraw should be served on defendant; the proof of service should include defendant's current address. *See* 9th Cir. R. 4-1(c).

The Clerk shall serve this order on appellant individually at Reg. No. 67814-112, Metropolitan Detention Center, P.O. Box 1500, Los Angeles, California 90053.

The Clerk shall also serve this order on former counsel.