CARLTON F. GUNN (No. 112344)
Attorney at Law
234 East Colorado Blvd., Suite 230
Pasadena, CA  91101
Telephone (626) 844-7660
Facsimile (626) 844-7670
Email:  cgunn@kmbllaw.com

Attorney for Defendant
SANTOS GARCIA-RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, | NO.  CR 14-267-MWF |
| Plaintiff, | |
| vs. | ORDER |
| SANTOS GARCIA-RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portion of the transcript for the hearing held on January 13, 2015 shall be unsealed as to defendant's counsel only and provided to

/////

/////

/////

/////

/////

/////

1

defendant's counsel only for purposes of evaluating its relevance to potential appellate issues.

Dated:  June 25, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge

Presented by:

_____
CARLTON F. GUNN
Attorney for Santos Garcia-Rodriguez

2