1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3                      WESTERN DIVISION

4                            ---

5      HONORABLE RALPH ZAREFSKY, MAGISTRATE JUDGE PRESIDING

6                            ---

7

8    UNITED STATES OF AMERICA,        )
                                      )
9                 Plaintiff,          )
                                      )
10                                    )
         vs.                          ) NO:  CR 14-267-MWF
11                                    )
                                      )
12   SANTOS CARLOS GARCIA-RODRIGUEZ,  )
                                      )
13                Defendant.          )
     _____)

14

15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS

18                  Los Angeles, California

19                  Wednesday, June 4, 2014

20

21

22

                         KATHERINE M. STRIDE, RPR, CSR
23                       Court Reporter
                         1107 Fair Oaks Avenue, #68
24                       South Pasadena, CA  91030

25                       www.stridecourtreporting.com

1

2    **APPEARANCES:**

3


4    In behalf of the Government:

5                    ROBIN BACON
                     ASSISTANT UNITED STATES ATTORNEY
6                    Criminal Division, United States Courthouse
                     312 North Spring Street
7                    Los Angeles, California  90012
                     (213)894-2434
8

9

10

11

12

13   In behalf of the Defendant:

14                   LAW OFFICES OF MICHAEL S. MEZA
                     BY:  MICHAEL S. MEZA
15                   333 City Boulevard West, 17th Floor
                     Orange, CA  92868
16                   (714)564-2501

17

18

19   ALSO PRESENT:  F. JAVIER VILLALOBOS, SPANISH INTERPRETER

20

21

22

23

24

25

1          **LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 4, 2014;**

2                              **2:54 P.M.**

3

4          THE CLERK:  Please remain seated and come to

5    order.  This United States District Court is now in

6    session, the Honorable Ralph Zarefsky, United States

7    Magistrate Judge presiding.

8          THE COURT:  All right.  Good afternoon.

9          Before we call the calendar, I want to exercise

10   the Defendants here of their rights in connection with

11   these proceedings.

12         You're here today because you're charged with a

13   crime against the United States or with a violation of

14   the conditions of your supervised release.  You have

15   certain rights under federal statutes and the

16   United States Constitution, and I want to explain those

17   to you.

18         You have a right to retain and be represented

19   by an attorney of your choosing at each and every stage

20   of the proceedings.  If you could not afford an

21   attorney, then you have a right to request that the

22   Court appoint one.  The appointed attorney will be paid

23   for by the Government.  Before counsel will be

24   appointed, however, you must qualify by submitting a

25   financial affidavit for my approval.  You have a right

1    to remain silent.  Anything that you say, sign, or write
2    may be introduced against you in this or in any other
3    court proceeding.  You have the right to have the Court
4    determine bail in accordance with the Bail Reform Act of
5    1984.  If the Government seeks to have you held in
6    custody, then you have the right to a hearing on the
7    first date of your appearance or within three to five
8    days of your first appearance if a continuance is
9    requested and granted.  If you are detained in custody,
10   you have a right to have that decision be reviewed by
11   the Criminal Duty Judge or another District Court Judge
12   who may be assigned to your case.  You may be present at
13   all subsequent hearings regarding your detention or any
14   change in conditions set for your release.  If you have
15   been charged in this district by a Complaint, then you
16   have received or you will receive a copy of the
17   Complaint and the underlying affidavit.  You also have a
18   right to a preliminary hearing or to have the case
19   presented to the Grand Jury within 14 days of today's
20   date if you are in custody and 21 days if you are
21   released.  In a preliminary hearing, the Government
22   presents its evidence, and then the Court decides
23   whether there is probable cause to believe that the
24   offense charged has been committed and that you have
25   committed it.  If probable cause is not found, the

1    matter will be dismissed.  If probable cause is found,

2    then you will be required to appear for further

3    proceedings.  If you're before the Court on an

4    Indictment from this district, your arraignment and plea

5    will take place today.  I'll also appoint counsel if

6    you're not represented and advise you of the nature of

7    the charges.

8         Those of you who are here charged with a

9    violation of the conditions of your supervised release,

10   if you're held in custody, you have a right to have a

11   preliminary hearing in which the Court must determine if

12   there's probable cause to believe that a violation of

13   the conditions has occurred.  If the Court concludes

14   there is such probable cause, then you'll be held to

15   answer the charges in a final hearing.  If the Court

16   concludes that there is not such probable cause, then

17   the charges will be dismissed.

18        If the charges against you originate from a

19   district in another part of the country other than the

20   district here in Los Angeles, I'll advise you of the

21   charges and you have certain additional rights.  If you

22   wish, you may waive all further proceedings here and

23   request that you either be transported or permitted to

24   appear for further procedures in the Court where the

25   charges or originated.  If you do not wish to

1    voluntarily return to the other district, you have a

2    right to a hearing in this Court to determine whether

3    you will be removed to the other district.  In this

4    removal hearing, the Court must determine that probable

5    case exists and that you are the person charged.  If you

6    wish to plead guilty to the charges in this district,

7    you may request a postponement to do so.  This is

8    because, under Rule 20 of the Federal Rules of Criminal

9    Procedure, the consent of the United States Attorney's

10   from both this district and the charging district,

11   first, must be obtained.

12           All right.  Before we call the cases, I want to

13   remind the Assistant United States Attorneys to notify

14   the consulate where appropriate as provided by treaty

15   and also to notify crime victims of their rights in

16   connection with these proceedings.

17           All right.  Mel.

18           THE CLERK:  Calling Case No. CR 14-267-MWF-5,

19   United States of America vs. Santos Carlos

20   Garcia-Rodriguez.

21           Counsel, please state appearances for the

22   record.

23           MS. BACON:  Good afternoon, Your Honor.  Robin

24   Bacon on behalf of the United States.

25           THE COURT:  Good afternoon.

```
 1            MR. MEZA:  Good afternoon, Your Honor.  Mike
 2    Meza on behalf of Mr. Garcia-Rodriguez, who is present
 3    in custody being assisted by the Spanish-language
 4    interpreter.  He's seeking appointment of counsel.
 5            THE COURT:  All right.  Good afternoon.  Let me
 6    ask the interpreter to identify himself for the record
 7    please.
 8            THE INTERPRETER:  Yes.  Good afternoon,
 9    Your Honor.  F. Javier Villalobos, Spanish-language
10    interpreter.  Oath on file.
11            THE COURT:  All right.  Good afternoon.
12            Let me ask the Defendant:  Are you able to
13    understand the translation of these proceedings from
14    English into Spanish?
15            THE DEFENDANT:  Yes.
16            THE COURT:  Is Santos Carlos Garcia-Rodriguez
17    your true and correct name?
18            THE DEFENDANT:  Yes, yes.
19            THE COURT:  I have a financial affidavit in
20    front of me that has your signature on it.  Was this
21    affidavit read to you in Spanish before you signed it?
22            THE DEFENDANT:  Yes.
23            THE COURT:  Do you understand you can be
24    prosecuted for perjury if you've made any false
25    statements in this affidavit?
```

1          THE DEFENDANT:  Yes.

2          THE COURT:  Are the statements in the affidavit

3     true?

4          THE DEFENDANT:  Yes.

5          THE COURT:  The Court has reviewed the

6     affidavit and approves it.  The Court appoints Mr. Meza

7     as the Defendant's counsel of record.

8          MR. MEZA:  Thank you.

9          THE COURT:  Mr. Garcia-Rodriguez, the Grand

10    Jury sitting in this district has returned an Indictment

11    charging you with an offense against the United States

12    or offenses against the United States.

13          Has the gist of those charges been explained to

14    you in Spanish?

15          THE DEFENDANT:  Yes.

16          THE COURT:  Do you understand the charges

17    against you?

18          THE DEFENDANT:  Well, to tell you the truth, I

19    don't agree with it, but I do understand, yes.

20          THE COURT:  All right.  I'm not asking you to

21    agree with it.  I just want to ascertain that you know

22    what you've been charged with, and your answer is that,

23    yes, you know what you've been charged with?

24          THE DEFENDANT:  Yes, I do.

25          THE COURT:  Okay.  Thank you.

1              Is there a request for detention, Ms. Bacon?

2              MS. BACON:  I believe so, Your Honor.

3     Although, if --

4              THE COURT:  I do not appear to have one.

5              MS. BACON:  -- the Court doesn't have a copy, I

6     can provide the Court with one.

7              THE COURT:  Do you have one, Mr. Meza?

8              MR. MEZA:  No.

9              THE COURT:  You need to show one to Mr. Meza,

10    too.

11             MS. BACON:  Yes, Your Honor.  I will do that

12    right now.  As o prepare the request for detention,

13    Your Honor, the Government would, in fact, be seeking

14    detention in this matter, and in support of that, I

15    proffer --

16             THE COURT:  Just a moment.  Just a moment.

17    First prepare the request and show it to Mr. Meza.

18                  (Brief interruption.)

19             THE COURT:  All right.  Mr. Meza, have you now

20    seen a copy of the request for detention?

21             MR. MEZA:  Yes.

22             THE COURT:  Are you prepared to proceed with it

23    today?

24             MR. MEZA:  Yes.

25             THE COURT:  Now, Ms. Bacon, what does the

1    Government proffer?

2              MS. BACON:  Yes, Your Honor.  The Government

3    proffers the Indictment as well as the Pretrial

4    Service's Report and its recommendation of detention.

5              THE COURT:  You accept the proffer, Mr. Meza?

6              MR. MEZA:  Yes.

7              THE COURT:  Do you have any additional facts to

8    proffer?

9              MR. MEZA:  Submitted, Your Honor.

10             THE COURT:  All right.  Do you wish to argue,

11   Ms. Bacon, in light of the submission?

12             MS. BACON:  No, Your Honor.

13             THE COURT:  Mr. Meza, you agree this is a

14   presumption case?

15             MR. MEZA:  Yes.

16                  (Brief interruption.)

17             THE COURT:  The Court grants the Government's

18   request for detention.  The Court finds that no

19   condition or combination of conditions will reasonably

20   assure the appearance of the Defendant as required or

21   protect the safety of the community.  This is a case in

22   which the statute establishes a presumption that the

23   Court cannot fashion mitigating conditions.  The

24   presumption has not been rebutted and, therefore, has

25   become conclusive.

1          In addition, the Court notes that, with no

2     pretrial interview, there's no indication of any

3     resources for bail, that there's on outstanding warrant

4     from the state of Georgia or from Georgia, I should say,

5     concerning a probation violation and that the Defendant

6     has used at least one alias.  The Court also notes the

7     Defendant's criminal record.

8          It is, therefore, ordered that the Defendant be

9     detained prior to trial.

10          All right.  This is an indicted case.  So, Mel,

11     let's go ahead and arraign the Defendant

12          THE CLERK:  Is Santos Carlos Garcia-Rodriguez

13     your true name?

14          THE DEFENDANT:  Yes.

15          THE CLERK:  Did you hear and understand the

16     statement of this Court pertaining to your rights and

17     the appointment of counsel?

18          THE DEFENDANT:  Yes.

19          THE CLERK:  Has the statements of your rights

20     been read to you in Spanish?

21          THE DEFENDANT:  Yes.

22          THE CLERK:  Did you see and sign a statement of

23     your rights?

24          THE DEFENDANT:  Yes.

25          THE CLERK:  Did you receive a copy of the

1    Indictment?

2              THE DEFENDANT:  Yes.

3              THE CLERK:  Do you understand the substance of

4    the charges pending against you?

5              THE DEFENDANT:  Yes.

6              THE COURT:  All right.  This case is assigned

7    to Judge Fitzgerald.  Judge Fitzgerald sits in

8    Courtroom 1600, which is on the 16th floor of the

9    Spring Street courthouse located at 312 North Spring

10   Street.

11             Mr. Meza, how does you your client intend to

12   plead?

13             MR. MEZA:  Not guilty.

14             THE COURT:  Go ahead, Mel.  You want to take

15   the plea.

16             THE CLERK:  Mr. Santos Carlos Garcia-Rodriguez,

17   how do you plead to the charges contained in the

18   Indictment?

19             THE DEFENDANT:  Not guilty.

20             THE COURT:  All right.  The case is set for a

21   status conference on June 23rd, 2014, at 3:00 o'clock

22   P.M.  The case is also set for jury trial July 29th,

23   2014, at 8:30 A.M.  Both of those matters, again, are in

24   front of Judge Fitzgerald, Courtroom 1600, Spring Street

25   courthouse.

1                Anything further to do today?

2                MR. MEZA:  Nothing.  Thanks.

3                MS. BACON:  No, Your Honor.  Thank you.

4                THE COURT:  All right.  The Defendant's

5       remanded to the custody of the Marshal.

6                     (Proceedings concluded at 3:05 P.M.)

7

8                          --oOo--

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3           I hereby certify that, pursuant to Title 28,

4    Section 753, United States Code, the foregoing is a true

5    and correct transcript of the stenographically reported

6    proceedings held in the above-entitled matter and that

7    the transcript page format is in conformance with the

8    regulations of the Judicial Conference of the

9    United States.

10          Certified on August 31, 2015.

11

12

13

14                         /s/ Katherine M. Stride
                           KATHERINE M. STRIDE, CSR, RPR
15                         Court Reporter
                           License No. 11773
16

17

18

19

20

21

22

23

24

25

# #

**#68** [1] - 1:23

# /

**/s** [1] - 14:14

# 1

**1107** [1] - 1:23
**11773** [1] - 14:15
**14** [1] - 4:19
**14-267-MWF** [1] - 1:10
**14-267-MWF-5** [1] - 6:18
**1600** [2] - 12:8, 12:24
**16th** [1] - 12:8
**17th** [1] - 2:15
**1984** [1] - 4:5

# 2

**20** [1] - 6:8
**2014** [4] - 1:19, 3:1, 12:21, 12:23
**2015** [1] - 14:10
**21** [1] - 4:20
**213)894-2434** [1] - 2:7
**23rd** [1] - 12:21
**28** [1] - 14:3
**29th** [1] - 12:22
**2:54** [1] - 3:2

# 3

**31** [1] - 14:10
**312** [2] - 2:6, 12:9
**333** [1] - 2:15
**3:00** [1] - 12:21
**3:05** [1] - 13:6

# 4

**4** [2] - 1:19, 3:1

# 7

**714)564-2501** [1] - 2:16
**753** [1] - 14:4

# 8

**8:30** [1] - 12:23

# 9

**90012** [1] - 2:7
**91030** [1] - 1:24
**92868** [1] - 2:15

# A

**A.M** [1] - 12:23
**able** [1] - 7:12
**above-entitled** [1] - 14:6
**accept** [1] - 10:5

**accordance** [1] - 4:4
**Act** [1] - 4:4
**addition** [1] - 11:1
**additional** [2] - 5:21, 10:7
**advise** [2] - 5:6, 5:20
**affidavit** [7] - 3:25, 4:17, 7:19, 7:21, 7:25, 8:2, 8:6
**afford** [1] - 3:20
**afternoon** [7] - 3:8, 6:23, 6:25, 7:1, 7:5, 7:8, 7:11
**agree** [3] - 8:19, 8:21, 10:13
**ahead** [2] - 11:11, 12:14
**alias** [1] - 11:6
**ALSO** [1] - 2:19
**AMERICA** [1] - 1:8
**America** [1] - 6:19
**ANGELES** [1] - 3:1
**Angeles** [3] - 1:18, 2:7, 5:20
**answer** [2] - 5:15, 8:22
**appear** [3] - 5:2, 5:24, 9:4
**appearance** [3] - 4:7, 4:8, 10:20
**appearances** [1] - 6:21
**APPEARANCES** [1] - 2:2
**appoint** [2] - 3:22, 5:5
**appointed** [2] - 3:22, 3:24
**appointment** [2] - 7:4, 11:17
**appoints** [1] - 8:6
**appropriate** [1] - 6:14
**approval** [1] - 3:25
**approves** [1] - 8:6
**argue** [1] - 10:10
**arraign** [1] - 11:11
**arraignment** [1] - 5:4
**ascertain** [1] - 8:21
**assigned** [2] - 4:12, 12:6
**ASSISTANT** [1] - 2:5
**Assistant** [1] - 6:13
**assisted** [1] - 7:3
**assure** [1] - 10:20
**ATTORNEY** [1] - 2:5
**attorney** [3] - 3:19, 3:21, 3:22
**Attorney's** [1] - 6:9
**Attorneys** [1] - 6:13
**August** [1] - 14:10
**Avenue** [1] - 1:23

# B

**Bacon** [3] - 6:24, 9:25, 10:11
**BACON** [8] - 2:5, 6:23, 9:2, 9:5, 9:11, 10:2, 10:12, 13:3
**bacon** [1] - 9:1
**bail** [2] - 4:4, 11:3
**Bail** [1] - 4:4
**become** [1] - 10:25
**behalf** [4] - 2:4, 2:13, 6:24, 7:2
**Boulevard** [1] - 2:15
**brief** [2] - 9:18, 10:16
**BY** [1] - 2:14

# C

**CA** [2] - 1:24, 2:15
**calendar** [1] - 3:9
**CALIFORNIA** [2] - 1:2, 3:1
**California** [2] - 1:18, 2:7
**cannot** [1] - 10:23
**CARLOS** [1] - 1:12
**Carlos** [4] - 6:19, 7:16, 11:12, 12:16
**case** [9] - 4:12, 4:18, 6:5, 10:14, 10:21, 11:10, 12:6, 12:20, 12:22
**Case** [1] - 6:18
**cases** [1] - 6:12
**CENTRAL** [1] - 1:2
**certain** [2] - 3:15, 5:21
**Certified** [1] - 14:10
**certify** [1] - 14:3
**change** [1] - 4:14
**charged** [7] - 3:12, 4:15, 4:24, 5:8, 6:5, 8:22, 8:23
**charges** [11] - 5:7, 5:15, 5:17, 5:18, 5:21, 5:25, 6:6, 8:13, 8:16, 12:4, 12:17
**charging** [2] - 6:10, 8:11
**choosing** [1] - 3:19
**City** [1] - 2:15
**CLERK** [9] - 3:4, 6:18, 11:12, 11:15, 11:19, 11:22, 11:25, 12:3, 12:16
**client** [1] - 12:11
**Code** [1] - 14:4
**combination** [1] - 10:19
**committed** [2] - 4:24, 4:25
**community** [1] - 10:21
**Complaint** [2] - 4:15, 4:17
**concerning** [1] - 11:5
**concluded** [1] - 13:6
**concludes** [2] - 5:13, 5:16
**conclusive** [1] - 10:25
**condition** [1] - 10:19
**conditions** [6] - 3:14, 4:14, 5:9, 5:13, 10:19, 10:23
**conference** [1] - 12:21
**Conference** [1] - 14:8
**conformance** [1] - 14:7
**connection** [2] - 3:10, 6:16
**consent** [1] - 6:9
**Constitution** [1] - 3:16
**consulate** [1] - 6:14
**contained** [1] - 12:17
**continuance** [1] - 4:8
**copy** [4] - 4:16, 9:5, 9:20, 11:25
**correct** [2] - 7:17, 14:5
**counsel** [6] - 3:23, 5:5, 6:21, 7:4, 8:7, 11:17
**country** [1] - 5:19
**COURT** [30] - 1:1, 3:8, 6:25, 7:5, 7:11, 7:16, 7:19, 7:23, 8:2, 8:5, 8:9, 8:16, 8:20, 8:25, 9:4, 9:7, 9:9, 9:16, 9:19, 9:22, 9:25, 10:5, 10:7, 10:10, 10:13, 10:17, 12:6, 12:14, 12:20, 13:4
**court** [1] - 4:3

**Court** [24] - 1:23, 3:5, 3:22, 4:3, 4:11, 4:22, 5:3, 5:11, 5:13, 5:15, 5:24, 6:2, 6:4, 8:5, 8:6, 9:5, 9:6, 10:17, 10:18, 10:23, 11:1, 11:6, 11:16, 14:15
**Courthouse** [1] - 2:6
**courthouse** [2] - 12:9, 12:25
**Courtroom** [2] - 12:8, 12:24
**CR** [2] - 1:10, 6:18
**crime** [2] - 3:13, 6:15
**criminal** [1] - 11:7
**Criminal** [3] - 2:6, 4:11, 6:8
**CSR** [2] - 1:22, 14:14
**custody** [6] - 4:6, 4:9, 4:20, 5:10, 7:3, 13:5

**D**

**date** [2] - 4:7, 4:20
**days** [3] - 4:8, 4:19, 4:20
**decides** [1] - 4:22
**decision** [1] - 4:10
**DEFENDANT** [15] - 7:15, 7:18, 7:22, 8:1, 8:4, 8:15, 8:18, 8:24, 11:14, 11:18, 11:21, 11:24, 12:2, 12:5, 12:19
**Defendant** [7] - 1:13, 2:13, 7:12, 10:20, 11:5, 11:8, 11:11
**Defendant's** [3] - 8:7, 11:7, 13:4
**Defendants** [1] - 3:10
**detained** [2] - 4:9, 11:9
**detention** [7] - 4:13, 9:1, 9:12, 9:14, 9:20, 10:4, 10:18
**determine** [4] - 4:4, 5:11, 6:2, 6:4
**dismissed** [2] - 5:1, 5:17
**District** [2] - 3:5, 4:11
**DISTRICT** [2] - 1:1, 1:2
**district** [10] - 4:15, 5:4, 5:19, 5:20, 6:1, 6:3, 6:6, 6:10, 8:10
**DIVISION** [1] - 1:3
**Division** [1] - 2:6
**Duty** [1] - 4:11

**E**

**either** [1] - 5:23
**English** [1] - 7:14
**entitled** [1] - 14:6
**establishes** [1] - 10:22
**evidence** [1] - 4:22
**exercise** [1] - 3:9
**exists** [1] - 6:5
**explain** [1] - 3:16
**explained** [1] - 8:13

**F**

**fact** [1] - 9:13
**facts** [1] - 10:7
**Fair** [1] - 1:23
**false** [1] - 7:24
**fashion** [1] - 10:23
**Federal** [1] - 6:8

**federal** [1] - 3:15
**file** [1] - 7:10
**final** [1] - 5:15
**financial** [1] - 3:25, 7:19
**first** [4] - 4:7, 4:8, 6:11, 9:17
**Fitzgerald** [3] - 12:7, 12:24
**five** [1] - 4:7
**Floor** [1] - 2:15
**floor** [1] - 12:8
**foregoing** [1] - 14:4
**format** [1] - 14:7
**front** [2] - 7:20, 12:24

**G**

**GARCIA** [1] - 1:12
**Garcia** [6] - 6:20, 7:2, 7:16, 8:9, 11:12, 12:16
**GARCIA-RODRIGUEZ** [1] - 1:12
**Garcia-Rodriguez** [6] - 6:20, 7:2, 7:16, 8:9, 11:12, 12:16
**Georgia** [2] - 11:4
**gist** [1] - 8:13
**Government** [7] - 2:4, 3:23, 4:5, 4:21, 9:13, 10:1, 10:2
**Government's** [1] - 10:17
**Grand** [2] - 4:19, 8:9
**granted** [1] - 4:9
**grants** [1] - 10:17
**guilty** [3] - 6:6, 12:13, 12:19

**H**

**hear** [1] - 11:15
**hearing** [7] - 4:6, 4:18, 4:21, 5:11, 5:15, 6:2, 6:4
**hearings** [1] - 4:13
**held** [4] - 4:5, 5:10, 5:14, 14:6
**hereby** [1] - 14:3
**himself** [1] - 7:6
**Honor** [10] - 6:23, 7:1, 7:9, 9:2, 9:11, 9:13, 10:2, 10:9, 10:12, 13:3
**HONORABLE** [1] - 1:5
**Honorable** [1] - 3:6

**I**

**identify** [1] - 7:6
**indication** [1] - 11:2
**indicted** [1] - 11:10
**Indictment** [5] - 5:4, 8:10, 10:3, 12:1, 12:18
**intend** [1] - 12:11
**interpreter** [3] - 7:4, 7:6, 7:10
**INTERPRETER** [2] - 2:19, 7:8
**interruption** [2] - 9:18, 10:16
**interview** [1] - 11:2
**introduced** [1] - 4:2

**J**

**Javier** [1] - 7:9
**JAVIER** [1] - 2:19
**judge** [1] - 12:7
**Judge** [5] - 3:7, 4:11, 12:7, 12:24
**JUDGE** [1] - 1:5
**Judicial** [1] - 14:8
**July** [1] - 12:22
**June** [2] - 1:19, 12:21
**JUNE** [1] - 3:1
**Jury** [2] - 4:19, 8:10
**jury** [1] - 12:22

**K**

**KATHERINE** [2] - 1:22, 14:14
**Katherine** [1] - 14:14

**L**

**language** [2] - 7:3, 7:9
**LAW** [1] - 2:14
**least** [1] - 11:6
**License** [1] - 14:15
**light** [1] - 10:11
**located** [1] - 12:9
**LOS** [1] - 3:1
**Los** [3] - 1:18, 2:7, 5:20

**M**

**Magistrate** [1] - 3:7
**MAGISTRATE** [1] - 1:5
**Marshal** [1] - 13:5
**matter** [3] - 5:1, 9:14, 14:6
**matters** [1] - 12:23
**Mel** [3] - 6:17, 11:10, 12:14
**MEZA** [12] - 2:14, 2:14, 7:1, 8:8, 9:8, 9:21, 9:24, 10:6, 10:9, 10:15, 12:13, 13:2
**Meza** [9] - 7:2, 8:6, 9:7, 9:9, 9:17, 9:19, 10:5, 10:13, 12:11
**MICHAEL** [2] - 2:14, 2:14
**mike** [1] - 7:1
**mitigating** [1] - 10:23
**moment** [2] - 9:16
**MR** [10] - 7:1, 8:8, 9:8, 9:21, 9:24, 10:6, 10:9, 10:15, 12:13, 13:2
**MS** [7] - 6:23, 9:2, 9:5, 9:11, 10:2, 10:12, 13:3
**must** [4] - 3:24, 5:11, 6:4, 6:11

**N**

**name** [2] - 7:17, 11:13
**nature** [1] - 5:6
**need** [1] - 9:9
**NO** [1] - 1:10
**North** [1] - 2:6, 12:9
**notes** [2] - 11:1, 11:6
**nothing** [1] - 13:2

notify [2] - 6:13, 6:15

## O

o'clock [1] - 12:21
Oaks [1] - 1:23
oath [1] - 7:10
obtained [1] - 6:11
occurred [1] - 5:13
OF [4] - 1:2, 1:8, 1:17, 2:14
offense [2] - 4:24, 8:11
offenses [1] - 8:12
OFFICES [1] - 2:14
one [6] - 3:22, 9:4, 9:6, 9:7, 9:9, 11:6
oOo [1] - 13:8
Orange [1] - 2:15
order [1] - 3:5
ordered [1] - 11:8
originate [1] - 5:18
originated [1] - 5:25
outstanding [1] - 11:3

## P

P.M [3] - 3:2, 12:22, 13:6
page [1] - 14:7
paid [1] - 3:22
part [1] - 5:19
Pasadena [1] - 1:24
pending [2] - 3:4, 12:4
perjury [1] - 7:24
permitted [1] - 5:23
person [1] - 6:5
pertaining [1] - 11:16
place [1] - 5:5
Plaintiff [1] - 1:9
plea [2] - 5:4, 12:15
plead [3] - 6:6, 12:12, 12:17
postponement [1] - 6:7
preliminary [3] - 4:18, 4:21, 5:11
prepare [2] - 9:12, 9:17
prepared [1] - 9:22
PRESENT [1] - 2:19
present [2] - 4:12, 7:2
presented [1] - 4:19
presents [1] - 4:22
PRESIDING [1] - 1:5
presiding [1] - 3:7
presumption [3] - 10:14, 10:22, 10:24
Pretrial [1] - 10:3
pretrial [1] - 11:2
probable [7] - 4:23, 4:25, 5:1, 5:12,
  5:14, 5:16, 6:4
probation [1] - 11:5
Procedure [1] - 6:9
procedures [1] - 5:24
proceed [1] - 9:22
proceeding [1] - 4:3
proceedings [8] - 3:11, 3:20, 5:3, 5:22,
  6:16, 7:13, 13:6, 14:6

PROCEEDINGS [1] - 1:17
proffer [4] - 9:15, 10:1, 10:5, 10:8
proffers [1] - 10:3
prosecuted [1] - 7:24
protect [1] - 10:21
provide [1] - 9:6
provided [1] - 6:14
pursuant [1] - 14:3

## Q

qualify [1] - 3:24

## R

RALPH [1] - 1:5
Ralph [1] - 3:6
read [2] - 7:21, 11:20
reasonably [1] - 10:19
rebutted [1] - 10:24
receive [2] - 4:16, 11:25
received [1] - 4:16
recommendation [1] - 10:4
record [4] - 6:22, 7:6, 8:7, 11:7
Reform [1] - 4:4
regarding [1] - 4:13
regulations [1] - 14:8
release [3] - 3:14, 4:14, 5:9
released [1] - 4:21
remain [2] - 3:4, 4:1
remanded [1] - 13:5
remind [1] - 6:13
removal [1] - 6:4
removed [1] - 6:3
Report [1] - 10:4
reported [1] - 14:5
Reporter [2] - 1:23, 14:15
REPORTER'S [1] - 1:17
represented [2] - 3:18, 5:6
request [8] - 3:21, 5:23, 6:7, 9:1, 9:12,
  9:17, 9:20, 10:18
requested [1] - 4:9
required [2] - 5:2, 10:20
resources [1] - 11:3
retain [1] - 3:18
return [1] - 6:1
returned [1] - 8:10
reviewed [2] - 4:10, 8:5
rights [7] - 3:10, 3:15, 5:21, 6:15, 11:16,
  11:19, 11:23
ROBIN [1] - 2:5
Robin [1] - 6:23
RODRIGUEZ [1] - 1:12
Rodriguez [6] - 6:20, 7:2, 7:16, 8:9,
  11:12, 12:16
RPR [2] - 1:22, 14:14
Rule [1] - 6:8
Rules [1] - 6:8

## S

safety [1] - 10:21
SANTOS [1] - 1:12
Santos [4] - 6:19, 7:16, 11:12, 12:16
seated [1] - 3:4
Section [1] - 14:4
see [1] - 11:22
seeking [2] - 7:4, 9:13
seeks [1] - 4:5
Service's [1] - 10:4
session [1] - 3:6
set [3] - 4:14, 12:20, 12:22
show [2] - 9:9, 9:17
sign [2] - 4:1, 11:22
signature [1] - 7:20
signed [1] - 7:21
silent [1] - 4:1
sits [1] - 12:7
sitting [1] - 8:10
South [1] - 1:24
SPANISH [1] - 2:19
Spanish [6] - 7:3, 7:9, 7:14, 7:21, 8:14,
  11:20
Spanish-language [2] - 7:3, 7:9
Spring [4] - 2:6, 12:9, 12:24
stage [1] - 3:19
state [2] - 6:21, 11:4
statement [2] - 11:16, 11:22
statements [3] - 7:25, 8:2, 11:19
STATES [3] - 1:1, 1:8, 2:5
States [13] - 2:6, 3:5, 3:6, 3:13, 3:16,
  6:9, 6:13, 6:19, 6:24, 8:11, 8:12, 14:4,
  14:9
status [1] - 12:21
statute [1] - 10:22
statutes [1] - 3:15
stenographically [1] - 14:5
Street [4] - 2:6, 12:9, 12:10, 12:24
STRIDE [2] - 1:22, 14:14
Stride [1] - 14:14
submission [1] - 10:11
submitted [1] - 10:9
submitting [1] - 3:24
subsequent [1] - 4:13
substance [1] - 12:3
supervised [2] - 3:14, 5:9
support [1] - 9:14

## T

THE [54] - 3:4, 3:8, 6:18, 6:25, 7:5, 7:8,
  7:11, 7:15, 7:16, 7:18, 7:19, 7:22,
  7:23, 8:1, 8:2, 8:4, 8:5, 8:9, 8:15, 8:16,
  8:18, 8:20, 8:24, 8:25, 9:4, 9:7, 9:9,
  9:16, 9:19, 9:22, 9:25, 10:5, 10:7,
  10:10, 10:13, 10:17, 11:12, 11:14,
  11:15, 11:18, 11:19, 11:21, 11:22,
  11:24, 11:25, 12:2, 12:3, 12:5, 12:6,
  12:14, 12:16, 12:19, 12:20, 13:4

**therefore** [2] - 10:24, 11:8
**three** [1] - 4:7
**Title** [1] - 14:3
**today** [4] - 3:12, 5:5, 9:23, 13:1
**today's** [1] - 4:19
**TRANSCRIPT** [1] - 1:17
**transcript** [2] - 14:5, 14:7
**translation** [1] - 7:13
**transported** [1] - 5:23
**treaty** [1] - 6:14
**trial** [2] - 11:9, 12:22
**true** [4] - 7:17, 8:3, 11:13, 14:4
**truth** [1] - 8:18

### U

**under** [2] - 3:15, 6:8
**underlying** [1] - 4:17
**UNITED** [3] - 1:1, 1:8, 2:5
**United** [13] - 2:6, 3:5, 3:6, 3:13, 3:16,
  6:9, 6:13, 6:19, 6:24, 8:11, 8:12, 14:4,
  14:9

### V

**victims** [1] - 6:15
**VILLALOBOS** [1] - 2:19
**Villalobos** [1] - 7:9
**violation** [4] - 3:13, 5:9, 5:12, 11:5
**voluntarily** [1] - 6:1
**vs** [2] - 1:10, 6:19

### W

**waive** [1] - 5:22
**warrant** [1] - 11:3
**Wednesday** [1] - 1:19
**WEDNESDAY** [1] - 3:1
**West** [1] - 2:15
**WESTERN** [1] - 1:3
**wish** [4] - 5:22, 5:25, 6:6, 10:10
**write** [1] - 4:1
**www.stridecourtreporting.com** [1] -
  1:25

### Z

**Zarefsky** [1] - 3:6
**ZAREFSKY** [1] - 1:5