FILED

SEP 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50212 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00267-MWF-5<br>Central District of California, |
| v. | Los Angeles |
| SANTOS CARLOS GARCIA-RODRIGUEZ, | ORDER |
| Defendant - Appellant. | |

The court is in receipt of the appellant's notice of court reporter default. The transcripts were due August 31, 2015. The appellant has informed the court that as of September 2, 2015, the transcripts for the January 13, 2015 and February 4, 2015 hearings have not been filed. The clerk's review of the district court docket on September 8, 2015 did not reflect that the transcripts have been filed.

The district court docket notes proceedings on the above listed hearing dates reported by Court Reporter Rosalyn Adams and confirms the appellant's representation regarding the reporter's default.

Within 21 days after the date of this order, Court Reporter Rosalyn Adams shall file the transcripts, file a motion for extension of time to do so, or inform the court in writing of any barriers to transcript production.

No. 15-50212

If the reporter has previously filed transcripts for all the hearings that she reported or if the reporter did not report any proceedings in this case, she shall notify this court and the court reporter supervisor in writing.

The appellant shall inform this court by letter within 35 days after the date of this order if the original transcripts have not been filed in the district court. *See* 9th Cir. R. 11-1.2.

In the absence of further information regarding an incomplete record, the following briefing schedule shall govern: the opening brief is due October 14, 2015 the answering brief is due November 13, 2015; and the optional reply brief is due 14 days from service of the answering brief.

This order shall be provided to the court reporter at the district court; a copy of this order shall be provided to Court Reporter Manager Blanca Carvajal.

                                            For the Court:

                                            MOLLY C. DWYER
                                            Clerk of the Court:

                                            Cathie A. Gottlieb
                                            Deputy Clerk
                                            Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                                and Ninth Circuit 27-10