UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.   CR 14-267 MWF                                             Date:  October 1, 2015

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

Interpreter   Not applicable

| Rita Clerk | Not Reported | Kevin Lally (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 5) **Santos Carlos Garcia-Rodriguez** | Not | X |  | 5) **Carlton F. Gunn** | Not |  | X |

**Proceedings:  (IN CHAMBERS) ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO UNSEAL TRANSCRIPT OF SEALED PROCEEDINGS AND RELATED DOCUMENT [209]**

    The Court has reviewed Defendant Santos Carlos Garcia-Rodriguez's unopposed *Ex Parte* Application to Unseal Transcript of Sealed Proceedings and Related Document, filed October 1, 2015.  (Docket No. 209).  Upon review, the Court hereby **GRANTS** the request to unseal that portion of the transcript [Docket No. 204, filed September 15, 2015] of the hearing held on January 13, 2015 that was previously ordered sealed.

    The Court further **ORDERS** the letter submitted by Defendant on December 30, 2014 to be filed on the Court's docket as an unsealed document.  By unsealing the transcript and placing Defendant's letter on the public docket, both will be available to all counsel and the public, and may be cited to and relied on in Defendant's appeal to the United States Court of Appeals for the Ninth Circuit.

    IT IS SO ORDERED.

:  00

Initials of Deputy Clerk   RS/sjm