

December 28, 2014

The Honorable Judge Michael W. Fitzgerald
United States Courthouse
312 N. Spring St.
Los Angeles, CA  90012

Re: Case No: 2:14-CR-00267-MWF-5
    Santos Carlos Garcia

    Unfortunately, I come before your Honorable Court with a complaint and a request for Substitution of Counsel.  I am writing this complaint because Mr. Michael S. Meza has failed below the reasonable standards of counsel as intended under the Sixth Amendment of the U.S. Constitution.

    Mr. Meza, has failed to provide me essential elements needed to help in my defense.  More specifically, he's refused to research similar cases that could be beneficial to my defense.  He has repeatedly given me incorrect and misleading advise in regards to a Plea Agreement that was received on December 11, 2014.  Mr. Meza first told me that he negotiated a 3 point reduction on my deal because he had removed the Supervisor/Leader/Manager role from the Plea Agreement and that I should be grateful to him for that and that he could not do anything else for me.  He told me that Mr. Pelham had given me until last Monday to sign.  He also said he was not going to go back and ask any questions or address any of my concerns with Mr. Pelham.  He has also refused to communicate with me via email to improve our communication.  He also acts angry when I refused to sign the Plea Agreement.  I also gave him a list of questions and concerns during our last two visits, dismissing all of them without addressing them, simply telling me he had done everything he could, and if I wanted a new attorney to go ahead with it because he has done everything he could.  He has also refused to speak with me on the phone and told my daughter he did not wish to speak to me on the phone.

    Mr. Meza's ineffective assistance in my legal defense and his continuance as my defense counsel would be damaging and highly detrimental to my legal rights.  Mr. Meza has refused on several occassions to explain to me what "offer" is being made by the government before signing the Plea and he refused or could not tell me. I respectfully request that you approve my request for new counsel and to advise Mr. Pelham of this situation so that Prosecutor can give me an extention of time to have a new counsel review the Plea Agreement with me before it expires.

Respectfully,

*Santos C Garcia*

Santos Carlos Garcia-Rodriguez
Reg. No: 67814-112
MDC - Los Angeles