UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  CR 14-267 MWF                                                     Date: October 22, 2015

Present: The Honorable:   Michael W. Fitzgerald, United States District Judge

Interpreter   Not Applicable

| Rita Sanchez | Not Reported | Alexander Baier Schwab (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 5) Santos Carlos Garcia-Rodriguez | Not | X | | Carlton F. Gunn and Michael S. Meza | Not | X | |

**Proceedings:**   **(IN CHAMBERS) ORDER UNSEALING TRANSCRIPT OF PROCEEDINGS HELD FEBRUARY 4, 2015 (DUPLICATIVE DOCKET NOS. 206 AND 207)**

The Court has reviewed Defendant Santos Carlos Garcia-Rodriguez's Plea Agreement, filed February 2, 2015 (Docket No. 128); the Minutes of Change of Plea Hearing, filed February 4, 2015 (Docket No. 131); the Judgment and Commitment Order, filed May 5, 2015 (Docket No. 173); the transcript of proceedings held May 4, 2015 (Docket No. 187); and the sealed transcript of proceedings held February 4, 2015 (duplicative Docket Nos. 206 and 207).

It appears that the transcript of proceedings held on February 4, 2015 (duplicative Docket Nos. 206 and 207) was sealed erroneously.  Therefore, the Court, on its own motion, orders the transcript filed as Docket Nos. 206 and 207 **UNSEALED**.

IT IS SO ORDERED.

cc:  Rosalyn Adams, Court Reporter

                                                                                          :
                                                          **Initials of Deputy Clerk**   RS/sjm