FILED

DEC 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50212 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00267-MWF-5<br>Central District of California, |
| v. | Los Angeles |
| SANTOS CARLOS GARCIA-RODRIGUEZ, | ORDER |
| Defendant - Appellant. | |

Before:   WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (appeal waiver is enforceable if its language encompasses the right to appeal on the grounds raised and the waiver is knowingly and voluntarily made).

**DISMISSED.**